ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (SBN 80745)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    Email: Darwin.Thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CV 12-6989 JFW (MRWx) |
|---|---|
| Petitioner, | |
| vs. | |
| ESTHER K. CHOW, | Amended Order to Show Cause |
| Respondent. | |

Based upon the Petition to Enforce Internal Revenue Service Summons, Memorandum of Points and Authorities, and supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons.  See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 255, 13 L.Ed.2d 112, 119 (1964).

**IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the following date, time, and address, to show cause why the production of books, papers, records, and other data demanded in the subject IRS summons should not be compelled:

| | |
|---|---|
| Date/Time: | Monday, November 19, 2012 at 1:30 p.m. |
| Address: | United States Courthouse |
| | 312 North Spring Street, Los Angeles, California, 90012 |
| | Courtroom 16 |

**IT IS FURTHER ORDERED** that copies of the following documents be served on Respondent by personal delivery:

1. This Amended Order; and
2. The Petition, Memorandum of Points and Authorities, and accompanying Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office.

**IT IS FURTHER ORDERED** that **by November 13, 2012**, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to **November 19, 2012**, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on **November 19, 2012**. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: September 20, 2012

_____
U.S. DISTRICT COURT JUDGE

2